B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   Mileydis Grimmett
                              Debtor

Case No. 13-29063-PGH

Chapter   7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 84,274.00 | | |
| B - Personal Property | Yes | 3 | 7,153.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 197,160.32 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 59,718.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,120.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,099.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 91,427.00 | | |
| Total Liabilities | | | | 256,879.14 | |

PAID
1309804

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    Mileydis Grimmett
　　　　　　　　　　　　　　　　　　　Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,120.00 |
| Average Expenses (from Schedule J, Line 18) | 1,099.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | 1,300.00 |

State the following:

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 112,886.32 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 59,718.82 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 172,605.14 |

B6B (Official Form 6B) (12/07)

In re   **Mileydis Grimmett**                                                                Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>cash | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo 1010066814818<br><br>TD 4260111061 | -<br><br>- | 50.00<br><br>100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>Livingroom,(3)Bedrooms,kitchen | - | 2,600.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>assorted pictures,books | - | 50.00 |
| 6. Wearing apparel. | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>assorted womens apperal | - | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                             Sub-Total >         3,350.00
                                                                        (Total of this page)

  __2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Miloydis Grimmett**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　　　　Best Case Bankruptcy

9/17/13 2:18PM

B6B (Official Form 6B) (12/07) - Cont.

In re **Mileydis Grimmett**                                      Case No. _____
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>realtor license | - | 299.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>honda 1997 accord<br>vin#1h6cd5608va2430320<br>miles 175000 | - | 1,304.00 |
| | | 1999 Toyota Corolla Vin # TNXBR12EXXZ300558 | - | 1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Location: 2911 Creek Rd, West Palm Beach FL 33406<br>Office desk,phone,computer,fax,printer | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 3,803.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 7,153.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Mileydis Grimmett**_____,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx1634<br><br>American Express<br>PO BOX 981537<br>El Paso, TX 79998 | | | 10/2005<br>Credit card purchases | | | | 1,358.00 |
| Account No. xxxxxxxx0222<br><br>Aspire<br>P.O. Box 105555<br>Atlanta, GA 30348 | | | 5/2005<br>Charge off Account | | | | 420.00 |
| Account No. xxx1397<br><br>AT & T<br>C/O I C Systems<br>po box 64378<br>Saint Paul, MN 55164 | | | 11/2011<br>Phone Bill | | | | 418.00 |
| Account No. xxxxxxxx9738<br><br>Bank of America<br>po box 982235<br>El Paso, TX 79998 | | | 3/2000<br>Credit card purchases | | | | 10,910.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 13,106.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Mileydis Grimmett                                            Case No. _____
　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0357****　　Bank Of America　4161 Piedmont Way　Greensboro, NC 27410-8110 | - | | 5/2005　Auto Loan | | | | 13,594.00 |
| Account No. xxxx0941　　Bay Area Credit　po box 467600　Atlanta, GA 31146 | - | | 7/2013　CREDIT | | | | 1,335.00 |
| Account No. xxxxxxxx7939　　Capitol One　po box 30281　Salt Lake City, UT 84130 | - | | 7/2002　Credit card purchases | | | | 1,240.00 |
| Account No. xxxxxxxx6440　　Capitol One　C/O LVNV Funding　Greenville, SC 29603 | - | | 11/2002　Collections | | | | 1,747.00 |
| Account No. xxxxxxxx1515　　Citi Financial　605 Munn Rd　Fort Mill, SC 29715 | | | 2/2005　Credit card purchases | | | | 2,451.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of　　　　　　　　　　　　　Subtotal　　　　　20,367.00
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mileydis Grimmett**                                    Case No. _____
                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx7099<br><br>City of West Palm Beach<br>po box 694585<br>West Palm Beach, FL 33406 | - | | 7/2012<br>Medical Service | | | | 784.00 |
| Account No. xx9356<br><br>Credit Protection Associates<br>One Galleria Tower<br>13355 Noel Road S<br>Dallas, TX 75240 | - | | 5/2007<br>Medical Service | | | | 81.00 |
| Account No. xxxxxxxx0002<br><br>Dillards<br>po box 965024<br>Orlando, FL 32896 | - | | 6/2005<br>Credit card purchases | | | | 259.00 |
| Account No.<br><br>Dr. Friedman<br>7408 Lake Worth Rd. Ste 100<br>Lake Worth, FL 33463 | - | | | | | | 1,420.06 |
| Account No.<br><br>Dr. Katzel<br>7408 Lake Worth Rd. Ste 100<br>Lake Worth, FL 33467 | | | | | | | 1,097.18 |

Sheet no. _2_ of _5_ sheets attached to Schedule of  Subtotal  3,641.24
Creditors Holding Unsecured Nonpriority Claims  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mileydis Grimmett**    Case No. _____
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx2400<br><br>Durham & Durham Dept 8403<br>po box 1259<br>Oaks, PA 19456 | | - | 6/2012<br>Collections | | | | 1,082.00 |
| Account No. xxxxxxxx2438****<br><br>GECRB/Care Credit<br>po box 965306<br>Orlando, FL 32896 | | - | 7/2002<br>Charge Account | | | | 559.00 |
| Account No. xxxxxxxx0002<br><br>Gecrb/Dillards<br>po box 965024<br>Orlando, FL 32896 | | - | 2/2005<br>Charge off Account | | | | 51.00 |
| Account No. xx6645<br><br>Good Samaritan<br>Central Financing<br>po box 660873<br>Dallas, TX 75266 | | - | 11/2012<br>Medical Service | | | | 2,349.00 |
| Account No.<br><br>Good Samaritan Medical Center<br>P.O. Box 830913<br>Birmingham, AL 35283 | | | | | | | 2,349.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of                Subtotal        6,390.00
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mileydis Grimmott**                                   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxN466<br><br>HRRG<br>po box 189053<br>Fort Lauderdale, FL 33318 | - | | 11/2012<br>**Medical Service** | | | | 671.00 |
| Account No. xxxxxx-xxxf1-IC<br><br>Irriging Consultants of S.FL<br>po box 1547<br>Indianapolis, IN 46206 | - | | 8/2012<br>**Medical Service** | | | X | 111.00 |
| Account No. xxxxxxxx2201****<br><br>ISPC<br>1115 Gunn Hwy<br>Odessa, FL 33556 | - | | 6/2003<br>**Credit card purchases** | | | | 5,061.00 |
| Account No.<br><br>LAKE WORTH SURGICAL CENTER<br>7597 LAKE WORTH RD<br>Lake Worth, FL 33467 | - | | | | | | 2,690.28 |
| Account No. 5199<br><br>Medical Independant<br>C/O CMI 4200 International Parkway<br>Carrollton, TX 75007 | | | 4/2013<br>**Medical Service** | | | | 132.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of       Subtotal       8,565.28
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

9/17/13 2:19PM

In re  **Mileydis Grimmett**  
_____  
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Medical Specialists Of The Pal**<br>P.O. Box 813787<br>Hollywood, FL 33021 | | - | | | | | 662.00 |
| Account No.<br><br>**Palms West Hospital**<br>13001 Southern Blvd.<br>Loxahatchee, FL 33470 | | - | **Medical Service** | | | | 6,887.30 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **7,549.30**

Total (Report on Summary of Schedules)    **59,718.82**

**United States Bankruptcy Court**
**Southern District of Florida**

In re  **Mileydis Grimmett**                                Case No. _____

                                    Debtor(s)              Chapter  **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary Of Schedules, Schedule B, Schedule F Matrix/Matrix Verification**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **September 17, 2013**

Mileydis Grimmett
Pro Se

# United States Bankruptcy Court
## Southern District of Florida

In re  **Mileydis Grimmett**

Debtor(s)

Case No. _____

Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __13__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 17, 2013**    Signature _____
Mileydis Grimmett
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

9/17/13 2:25PM

# United States Bankruptcy Court
## Southern District of Florida

In re  **Mlleydis Grimmett** _____   Case No. _____
                                    Debtor(s)                     Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 17, 2013**              /s/ Mlleydis Grimmett
                                           **Mlleydis Grimmett**
                                           Signature of Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No. 13-29063-PGH
Chapter 7

Debtor / Mileydis Grimmett

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[X]  The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
   1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
   2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
   3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
   4. filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and
   3. filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
   1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [Local Rule 1009-1(D)(2)] and
   2. filed an amended schedule(s) or other paper.

[ ]  The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
   1. remitted the required fee;
   2. provided notice to affected parties and
   3. filed an amended schedule(s) and summary of schedules.

[ ]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

Dated: 9-17-13

Attorney for Debtor (or Debtor, if pro se)

Print Name: Mileydis Grimmett

Florida Bar Number

Joint Debtor (if applicable)

Address: 2911 Creek Rd. 1UPB FL 33406

Phone Number: 561-267-9423

LF-4 (rev. 12/01/09)

CREDITOR.SCN

Dr. Friedman
7408 Lake Worth Rd. Ste 100
Lake Worth, FL 33463

Dr. Katzel
7408 Lake Worth Rd. Ste 100
Lake Worth, FL 33467

Good Samaritan Medical Center
P.O. Box 830913
Birmingham, AL 35283

LAKE WORTH SURGICAL CENTER
7597 LAKE WORTH RD
Lake Worth, FL 33467

Medical Specialists Of The Pal
P.O. Box 813787
Hollywood, FL 33021

Palms West Hospital
13001 Southern Blvd.
Loxahatchee, FL 33470